UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY KINDER,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 19-cv-2692 |
| : | |
| **READING POLICE OFFICER** : | |
| **HECTOR MARINEZ ,** : | |
| Defendant. : | |

# **O R D E R**

AND NOW, this 23rd day of October, 2019, it is hereby Ordered that:

1. Paragraph 6 of the Court's Order entered on July 2, 2019 (ECF No. 7), staying Plaintiff Anthony Kinder's claim against Defendant Reading Police Officer Hector Marinez, is **VACATED**.

2. For the reasons stated in the accompanying Memorandum, the Complaint of Plaintiff Anthony Kinder is **DISMISSED WITHOUT PREJUDICE** as to Defendant Reading Police Officer Hector Marinez.

3. Kinder is **GRANTED** leave to file a new case raising his malicious prosecution claim only in the event his conviction is reversed, vacated, or otherwise invalidated.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**